# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TALIA JOYCE NO RUNNER, <br><br> Defendant. | CR-15-56-GF-BMM-01 <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO REVOKE DEFENDANT'S PRETRIAL RELEASE** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 24, 2015. (Doc. 20.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 23, 2015. (Doc. 19.) No Runner admitted to having violated her conditions of pretrial release by failing to submit to and report for supervision, using Suboxone, and leaving her

residence for unauthorized activity. (*Id*.) Judge Johnston found the evidence sufficient to establish that No Runner violated the conditions of her pretrial release. (*Id*.)

Judge Johnston recommends that this Court revoke No Runner's pretrial release and that the Court order No Runner to remain in custody pending trial. (Doc. 20 at 2.) The Court agrees, based on these violations, that it is unlikely that No Runner can abide by any conditions of release. (Doc. 20 at 2.)

This Court finds no clear error in Judge Johnston's Findings and Recommendations. No Runner's current violations are serious in nature. The Court orders No Runner's pretrial release revoked, and that she remain in custody pending trial.

**IT IS HEREBY ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 20) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant TALIA JOYCE NO RUNNER shall remain in custody pending trial.

DATED this 13th day of October, 2015.

_____
Brian Morris
United States District Court Judge