IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TALIA JOYCE NO RUNNER,<br><br>Defendant. | CR-15-56-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 3, 2020. (Doc. 90.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 2, 2020. (Doc. 89.) The United States accused No Runner of violating her conditions of supervised release 1) by committing another crime; 2) by consuming alcohol; and 3) by failing to report to her probation officer as directed. (Doc. 79). At the revocation hearing, No Runner admitted that she had violated the condition of her supervised release: 1) by consuming alcohol; and 2) by failing to report to her probation officer as directed. No

Runner denied alleged violation 1. The government satisfied its burden of proof with respect to alleged violation 1. (Doc. 89.) Judge Johnston found that No Runner's violations proved to be serious and warranted revocation, and recommended that No Runner receive a custodial sentence of 9 months, with no supervised release to follow. (Doc. 90.)  No Runner was advised of the 14 day objection period and her right to allocute before the undersigned.

The violations prove serious and warrant revocation of No Runner's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 90) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Talia Joyce No Runner be incarcerated for a term of 9 months of custody, with no supervised release to follow.

DATED this 18th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court